DAN R. WAITE
Nevada Bar No. 4078
DWaite@lrrc.com
BRIAN D. BLAKLEY
Nevada Bar No. 13074
BBlakley@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

*Attorneys for Defendant*
*Barclays Bank Delaware erroneously sued*
*as Barclaycard*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KARIN DIORIO,<br><br>               Plaintiff,<br><br>vs.<br><br>BARCLAYCARD,<br><br>               Defendant. | Case No.: 2:16-cv-01594-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant Barclays Bank Delaware, improperly named as Barclaycard, ("Defendant") and Plaintiff Karin Diorio, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), hereby jointly stipulate to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO AGREED AND STIPULATED:

Dated March 3, 2017

KAZEROUNI LAW GROUP, APC

By: /s/Michael Kind
Michael Kind
Nevada Bar No. 13903
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorney for Plaintiff*
 *Karin Diorio*

Dated March 3, 2017

LEWIS ROCA ROTHGERBER
   CHRISTIE LLP

By: /s/Brian D. Blakley
Brian D. Blakley
Nevada Bar No. 13074
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
*Attorney for Defendants Barclays Bank Delaware erroneously sued as Barclaycard, UPromise, Inc., and Sallie Mae Bank*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 10, 2017
       _____